951 A.2d 1036

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARCELLUS R. WILLIAMS, DEFENDANT– MOVANT.

June 26, 2008.

It is ORDERED that the motion to dismiss the appeal (A–101– 07) as moot is granted. See 194 *N.J.* 271, 944 *A.*2d 31 (2005).